UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CYNTHIA KUDJI SYLVESTER** | **CASE NO. 6:24-CV-01114** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA STATE UNIVERSITY AGRICULTURAL & MECHANIC** | **MAGISTRATE JUDGE DAVID J. AYO** |

### NOTICE OF MOTION SETTING

Please take notice that the Motion for Summary Judgment on Issue of Prescription (Document No. 11) filed by Louisiana State University Agricultural & Mechanical College Board of Supervisors on December 16, 2025 has been set before the Honorable Robert Summerhays.

### Deadlines

Any party who opposes the motion must file a memorandum in opposition within **twenty-one (21) days** after service of the motion. See LR 7.5. The movant may **file a reply** within **fourteen (14) days** after the memorandum in opposition is filed. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Not Required

The parties are relieved of their obligation under LR 7.1 to provide chambers with courtesy copy of the briefs and any attachments filed in connection with this motion.

**DATE OF NOTICE: December 17, 2025**

                                                  Daniel J. McCoy
                                                  Clerk of Court